WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN BERNARD WILLIAMS III, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. SA-23-CA-01396-XR |
| | § | |
| JOHN 'BUD' RITENOUR JR., | § | |
| ATTORNEY GENERAL, KEN PAXTON, | § | |
| *Defendants* | § | |

# FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Plaintiff John Bernard Williams III shall take nothing by his claims against Defendants John 'Bud' Ritenour Jr. and Attorney General Kenneth Paxton, and Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdicition.

It is so **ORDERED**.

**SIGNED** this 25th day of March, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE