

# United States Court of Appeals
## for the Fifth Circuit

**FILED**

MAY 24 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

Certified as a true copy and issued
as the mandate on May 24, 2024

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

No. 24-50298

JOHN BERNARD WILLIAMS, III,

*Plaintiff—Appellant,*

*versus*

JOHN JOSEPH RITENOUR, JR.; KEN PAXTON, ATTORNEY
GENERAL, STATE OF TEXAS, CONSUMER PROTECTION
DIVISION, LAW ENFORCEMENT DIVISION, AND CIVIL RIGHTS
DIVISION, HATE CRIMES,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-1396

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 24, 2024,
for want of prosecution. The appellant failed to timely pay docketing fee.

24-50298

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Renee Mc Donough*

By: _____
     Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2